**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Renjie Wan,<br><br>Plaintiff,<br><br>v.<br><br>The Defendants Identified on Schedule A,<br><br>Defendant. | Case No. 26-cv-5235 |

# DECLARATION OF SERVICE

I, Yifeng Hao, declare as follows:

1. I am the attorney for Plaintiff Renjie Wan ("Plaintiff"). Except otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if I called as a witness, I could and would competently testify as follows:
2. This Court authorized Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically sending the Order, Complaint, Summons and other relevant documents to an email address for each Defendant.
3. I hereby certify that on May 19, 2026, I electronically sent an email to the email addresses for Defendants identified on Schedule A that attached relevant documents. The email addresses were provided by Amazon under the order granting expedited discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 19, 2026.

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*