**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Renjie Wan,<br><br>Plaintiff,<br><br>v.<br><br>Defendants Identified on Schedule A,<br><br>Defendant. | Case No. 26-cv-5235 |

**JOINT MOTION TO APPROVE CONSENT JUDGMENT**

Plaintiff Renjie Wan ("Plaintiff") and all Defendants ("Defendant"), by and through their respective undersigned counsel, hereby jointly submit this Motion to Approve Consent Judgment as follows:

WHEREAS, Plaintiff initiated the above-captioned action alleging, among other claims, Defendant's infringing use of Plaintiff's trademark "seaplenn" with Reg. No. 6,517,696 (the "Asserted Trademark");

WHEREAS, Plaintiff is the owner of the entire right, title, and interest in the Asserted Trademark;

WHEREAS, the Parties desire to fully and finally resolve all claims and controversies arising from the facts alleged in the Complaint, without further litigation and without any admission of liability by any Party;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties as follows:

1. Defendant acknowledges that Plaintiff's Asserted Trademark is legitimate and enforceable. Defendant shall immediately and permanently cease all infringement or

unauthorized use of Plaintiff's Asserted Trademark, including but not limited to any purchases, offers to sell, and/or sales of unauthorized products bearing the Asserted Trademark. Defendant shall not, in the future, engage in any conduct that may undermine, harm, or cast doubt upon Plaintiff's Asserted Trademark.

2. Defendant agrees to pay Plaintiff in the amount in U.S Dollars shown below (the "Settlement Amount") in full and final settlement of all claims asserted in this action. The Settlement Amount shall be paid by the platform (i.e., Amazon) directly transferring the balance remaining in Defendant's accounts to the account designated in Attachment 1 attached hereto, either separately or in lump sum with a detailed breakdown for each Defendant.

| No. | Store Name | Store ID | Settlement Amount |
|---|---|---|---|
| 1 | Be safe happy | AIECGWM3PMFO1 | 6,000 |
| 2 | Chengaos | A1GKBX4HJ7QXWQ | 6,000 |
| 3 | Chenginc | A393FXM9BQGWLT | 9,000 |
| 4 | ChenJing llc | A1IIHKJAHABUQX | 6,000 |
| 5 | Dazhuangya | A16HB5AQYLO5GZ | 6,000 |
| 6 | Enjiedianzi | A2FE3CVGKR2RSO | 18,000 |
| 7 | Fanfanx | A3M046URUUI7YE | 18,000 |
| 8 | Huidu Trading | AEO9BTK4NI499 | 9,000 |
| 9 | Jienikeji | AJ7OWKC9WCFEG | 18,000 |
| 10 | Kim Mi-dok | AJXA7R3S5N37K | 12,000 |
| 11 | LinHaiBin ilc | AG0OG6IM692SQ | 9,000 |
| 12 | LONGYUHAO | A3W004N4E3EWQX | 18,000 |
| 13 | Orange shirt | A26VORLRXVH0AE | 18,000 |
| 14 | Rercarre | A3JNN595764N1P | 9,000 |
| 15 | Royu | A2AYZSNA83UAIF | 12,000 |
| 16 | Sunflower Country | A3QMZ671SZGNMA | 12,000 |

| | | | |
|---|---|---|---|
| 17 | Transparent stone | A1RXYRL7M2JX3Q | 18,000 |
| 18 | Xianhb | A2UVOEL4R05O0C | 18,000 |
| 19 | xiaolve | AND8YO991W3Y4 | 18,000 |
| 20 | Xieyouz | A35BB8DI1X2XKK | 9,000 |
| 21 | Yangxing Toys | A2DTXSKFPBWVIO | 12,000 |
| 22 | YINJUN LIMITED | A2ZS4OY3A728NQ | 18,000 |
| 23 | ZHE FU LLC | A16TDEOILMMCY2 | 12,000 |
| 24 | Zheyultd | A2P7MHWNICKNHL | 12,000 |

3. Upon Plaintiff's full receipt of the Settlement Amount, Plaintiff shall separately file a notice of dismissal to the Court dismiss all claims asserted against Defendant in this action without prejudice.
4. Plaintiff is not precluded from filing suit against Defendant in the future if Plaintiff discovers that Defendant, subsequent to the Effective Date, engages in any of the infringing conduct prohibited in Paragraph 1 above. This Stipulation shall not restrict Plaintiff's ability to recover in such subsequent litigation, nor shall it serve as a defense to any claim based on conduct occurring after the Effective Date.
5. This Stipulation shall not be construed as an admission of liability, fault, or wrongdoing by any Party. Each Defendant expressly denies any liability or misconduct alleged in the Complaint.

**WHEREFORE**, the Parties respectfully request that the Court enter this Consent Judgment in the form of proposed order submitted together.

PLAINTIFF

By: /s/ *Yifeng Hao*

2108 N ST STE #8330

Sacramento, CA 95816

Terence.hao@aliothlaw.com

*Attorney for Plaintiff*

DEFENDANTS

By: /s/ Jianying Liu

15750 SW 92nd Ave Unit 20C

Palmetto Bay, FL 33157

jamesliulaw@gmail.com

*Attorney for Defendants*

Dated: July 31, 2026

# Attachment 1

Account Information for Tranfer of Settlement Amount

**Beneficiary Name:** Alioth Law P.C.

**Beneficiary Account Number:** 720118812

**Bank Routing Number (ACH transactions)**: 322271627

**Bank Routing Number (domestic wires):** 021000021

**Bank Routing / SWIFT Code (international wires):** CHASUS33

**Receiving Bank Name:** JPMorgan CHASE

**Receiving Bank Address (branch address)**: 270 Park Ave.

**Receiving Bank Address (branch city, state, zip):** New York, NY 10017