**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Renjie Wan,<br><br>Plaintiff,<br><br>v.<br><br>The Defendants Identified on Schedule A,<br><br>Defendant. | Case No. 26-cv-5235 |

**<u>STATUS REPORT</u>**

Plaintiff hereby submits this Status Report pursuant to the Court's instruction.

Up to date, the platform has not finished the transaction yet, and has not responded to Plaintiff's inquiry. Plaintiff will update the status once there is any progress.

Dated September 21, 2026

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*