**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RENJIE WAN,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS IDENTIFIED ON SCHEDULE "A,"<br>Defendants. | Case No. 1:26-cv-5235<br><br>Honorable Charles P. Kocoras |

**STATUS REPORT**

Plaintiff Renjie Wan hereby submits this status report pursuant to the Court's October 9, 2026 Minute Entry, Dkt. No. 33. Plaintiff reports on the status of the proceedings in *NextClimb Investments v. Sch A*, No. 1:26-cv-05593 (N.D. Ill.), and proposed next steps in this case.

**PLAINTIFF'S POSITION**:

Though counsel of third-party, i.e., Amazon, has circulated a draft joint status report, the email was sent on the morning of November 4, 2026, which is the same day when the report is due. In such a short time period, Plaintiff did not make a decision on how to proceed further in this case, especially when considering Amazon has presented some new legal issues and arguments in the draft joint status report circulated, which is not a traditionally appropriate venue for these kind of issues.

Plaintiff maintains the position that Amazon's suspicion was conclusory and relies much upon unsubstantiated allegations, and this case is also substantially different from *NextClimb*. Plaintiff may file a motion to dissolve the decision to stay [Dkt. 33] in the future and to address

the legal issues and arguments at the time. However, Plaintiff does not oppose Amazon's proposal to wait until *NextClimb* litigation discloses more information to be referenced by the parties in the present case.

Dated: November 4, 2026

*/s/ Yifeng Hao*
Yifeng Hao
**Alioth Law P.C.**
2108 N ST STE #8330
Sacramento, CA 95816
Phone: 909-284-1929
Terence.hao@aliothlaw.com

*Counsel for Plaintiff*